IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Verisign, Inc., *Plaintiff*, v. XYZ.com, LLC and Daniel Negari, *Defendant*. | C.A. NO. |

### DEFENDANTS' MOTION TO QUASH NONPARTY SUBPOENAS TO NONPARTIES KEY BRAND ENTERTAINMENT, INC. AND KBE GTLD HOLDING, INC. UNDER RULE 45 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Under Rule 45 of the Federal Rules of Civil Procedure, Defendants XYZ.com LLC and Daniel Negari respectfully request that the Court quash the subpoenas that Plaintiff Verisign, Inc. served on nonparties Key Brand Entertainment, Inc., and its wholly owned subsidiary KBE gTLD Holding, Inc. (together "KBE"). The grounds for the motion are fully set forth in the accompanying opening brief.

Dated: July 2, 2015

By: */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (I.D. #3726)
**Morris James LLP**
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
kdorsney@morrisjames.com

Derek A. Newman (to be admitted *pro hac vice*)
Derek Linke (to be admitted *pro hac vice*)
**Newman Du Wors LLP**
2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800
dn@newmanlaw.com
linke@newmanlaw.com

**ATTORNEYS FOR DEFENDANTS XYZ.COM, LLC AND DANIEL NEGARI**