IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

VERISIGN, INC.,                              :

             Plaintiff,                :

        v.                               :          Miscellaneous Case No. 15-175-RGA-MPT

XYC.COM, LLC, et al.,                        :

           Defendants.               :

## ORDER

This 22nd day of December 2015, upon consideration of the Magistrate Judge's

Memorandum Order dated December 4, 2015, and no objections to the Memorandum Order

having been received, and the Court having reviewed the matter, IT IS HEREBY ORDERED:

1. The Memorandum Order (D.I. 12) is **ADOPTED**.

2. The Defendants' Motion to Quash (D.I. 1) is **DENIED**.

_Richard G. Andrews_
United States District Judge